CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 MAR 10 PM 12:25

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP
IMPLANT PRODUCTS LIABILITY LITIGATION
MDL No. 2244
Honorable Ed Kinkeade
This Document Relates To:
Aoki v. DePuy Orthopedics, et al., No. 3:13-cv-01071-K
Christopher v. DePuy Orthopedics, et al., No. 3:14-cv-01994-K
Greer v. DePuy Orthopedics, et al., No. 3:12-cv-01672-K
Klusmann v. DePuy Orthopedics, et al., No. 3:11-cv-02800-K
Peterson v. DePuy Orthopedics, et al., No. 3:11-cv-01941-K

3/10/16
J. M. Hoekstra
Plaintiffs
3-10-16

Sell Roberts
for Defendants

## Order of Admittance -- Demonstrative Exhibits Admitted at Trial

| Plaintiff exhibits | Date | Defense exhibits |
|---|---|---|
| DEMO-00004 | 11-Jan | |
| DEMO-00033 | 11-Jan | |
| DEMO-00064 | 11-Jan | |
| DEMO-00926 | 11-Jan | |
| DEMO-03193 | 11-Jan | |
| | 11-Jan | OP-38 |
| DEMO-00088 | 12-Jan | |
| DEMO-00089 | 12-Jan | |
| DEMO-01583 | 12-Jan | |
| DEMO-01584 | 12-Jan | |
| DEMO-01585 | 12-Jan | |
| DEMO-01587 | 12-Jan | |
| DEMO-01594 | 12-Jan | |
| DEMO-01595 | 12-Jan | |
| DEMO-03833 | 12-Jan | |
| | 12-Jan | D-5029 |
| | 12-Jan | D-6512 |
| | 12-Jan | G 100.1 |
| | 12-Jan | G 100.2 |
| | 12-Jan | G 100.33 |
| | 12-Jan | OP-12 |
| | 12-Jan | OP-66 |
| | 13-Jan | G 100.3 |
| DEMO-00120 | 13-Jan | |
| DEMO-00121 | 13-Jan | |
| DEMO-00487 | 13-Jan | |
| DEMO-03237 | 13-Jan | |
| DEMO-03421 | 13-Jan | |
| DEMO-03651 | 13-Jan | |
| DEMO-03732 | 13-Jan | |
| DEMO-03738 | 13-Jan | |
| DEMO-03748 | 13-Jan | |
| DEMO-03755 | 13-Jan | |
| DEMO-03759 | 13-Jan | |
| DEMO-03764 | 13-Jan | |
| DEMO-03766 | 13-Jan | |
| DEMO-03864 | 13-Jan | |
| DEMO-03865 | 13-Jan | |
| DEMO-03866 | 13-Jan | |
| DEMO-03873 | 13-Jan | |
| | 13-Jan | D-5174 |
| DEMO-02742 | 14-Jan | |

## Order of Admittance -- Demonstrative Exhibits Admitted at Trial

| Plaintiff exhibits | Date | Defense exhibits |
|---|---|---|
| DEMO-04510 | 14-Jan | |
| | 14-Jan | D-5003 |
| | 14-Jan | D-5716 |
| | 14-Jan | D-6496 |
| | 14-Jan | G 104.4 |
| | 15-Jan | D-6725 |
| | 15-Jan | D-5090 |
| | 15-Jan | D-5274 |
| | 15-Jan | D-5348 |
| | 15-Jan | D-5632 |
| | 15-Jan | D-5743 |
| | 15-Jan | D-6273 |
| | 15-Jan | D-6375 |
| | 15-Jan | D-6540 |
| | 15-Jan | D-6576 |
| | 15-Jan | D-6838 |
| | 15-Jan | OP-93 |
| DEMO-00424 | 19-Jan | |
| DEMO-01875 | 19-Jan | |
| DEMO-03517 | 19-Jan | |
| DEMO-03652 | 19-Jan | |
| DEMO-03879 | 19-Jan | |
| DEMO-03880 | 19-Jan | |
| DEMO-03886 | 19-Jan | |
| DEMO-03899 | 19-Jan | |
| DEMO-03903 | 19-Jan | |
| DEMO-03906 | 19-Jan | |
| | 19-Jan | D-5589 |
| | 19-Jan | D-6187 |
| | 19-Jan | D-6606 |
| DEMO-00065 | 20-Jan | |
| DEMO-00580 | 20-Jan | |
| DEMO-01573 | 20-Jan | |
| DEMO-01576 | 20-Jan | |
| DEMO-02193 | 20-Jan | |
| DEMO-03589 | 20-Jan | |
| DEMO-04000 | 20-Jan | |
| DEMO-03294 | 21-Jan | |
| DEMO-03300 | 21-Jan | |
| DEMO-03685 | 21-Jan | |
| DEMO-03907 | 21-Jan | |
| DEMO-03697 | 22-Jan | |
| DEMO-03696 | 22-Jan | |
| DEMO-03698 | 22-Jan | |
| DEMO-03699 | 22-Jan | |
| DEMO-03797 | 22-Jan | |
| DEMO-03858 | 22-Jan | |
| DEMO-03859 | 22-Jan | |
| DEMO-03909 | 22-Jan | |
| DEMO-03911 | 22-Jan | |
| DEMO-00224 | 25-Jan | |
| DEMO-01424 | 25-Jan | |
| DEMO-03154 | 25-Jan | |
| DEMO-03155 | 25-Jan | |
| DEMO-03176 | 25-Jan | |
| DEMO-03235 | 25-Jan | |
| DEMO-03824 | 25-Jan | |

**Order of Admittance -- Demonstrative Exhibits Admitted at Trial**

| Plaintiff exhibits | Date | Defense exhibits |
| --- | --- | --- |
| DEMO-03826 | 25-Jan | |
| DEMO-03829 | 25-Jan | |
| DEMO-03916 | 25-Jan | |
| DEMO-03919 | 25-Jan | |
| DEMO-03923 | 25-Jan | |
| DEMO-04119 | 25-Jan | |
| | 25-Jan | D-5311 |
| | 25-Jan | D-5315 |
| | 25-Jan | D-5364 |
| | 25-Jan | D-5431 |
| | 25-Jan | D-5500 |
| | 25-Jan | D-5614 |
| | 25-Jan | D-5669 |
| | 25-Jan | D-5684 |
| | 25-Jan | D-5979 |
| | 25-Jan | D-6203 |
| | 25-Jan | D-6486 |
| | 25-Jan | D-6688 |
| | 25-Jan | D-6858 |
| | 25-Jan | D-7195 |
| DEMO-03210 | 26-Jan | |
| DEMO-03917 | 26-Jan | |
| DEMO-03918 | 26-Jan | |
| DEMO-03921 | 26-Jan | |
| DEMO-03926 | 26-Jan | |
| DEMO-03928 | 26-Jan | |
| | 26-Jan | D-5483 |
| | 26-Jan | D-5513 |
| | 26-Jan | D-5840 |
| | 26-Jan | D-6350 |
| | 26-Jan | G 102.4 |
| | 26-Jan | G 102.5 |
| | 26-Jan | OP-96 |
| DEMO-00631 | 27-Jan | |
| DEMO-03860 | 27-Jan | |
| DEMO-03935 | 27-Jan | |
| DEMO-03940 | 27-Jan | |
| | 27-Jan | D-6698 |
| DEMO-00094 | 29-Jan | |
| DEMO-00114 | 29-Jan | |
| DEMO-04001 | 29-Jan | |
| DEMO-04002 | 29-Jan | |
| DEMO-04003 | 29-Jan | |
| DEMO-03265 | 1-Feb | |
| DEMO-03944 | 1-Feb | |
| DEMO-03945 | 1-Feb | |
| DEMO-04004 | 1-Feb | |
| | 1-Feb | D-5023 |
| | 1-Feb | D-5673 |
| | 1-Feb | D-6169 |
| | 1-Feb | D-7253 |
| | 1-Feb | OP-5 |
| DEMO-03234 | 2-Feb | |
| DEMO-03271 | 2-Feb | |
| DEMO-07000 | 2-Feb | |
| DEMO-07001 | 2-Feb | |
| DEMO-07002 | 2-Feb | |

## Order of Admittance – Demonstrative Exhibits Admitted at Trial

| Plaintiff exhibits | Date | Defense exhibits |
|---|---|---|
| DEMO-07003 | 2-Feb | |
| DEMO-07004 | 2-Feb | |
| DEMO-07005 | 2-Feb | |
| DEMO-07006 | 2-Feb | |
| DEMO-07007 | 2-Feb | |
| DEMO-07008 | 2-Feb | |
| DEMO-07009 | 2-Feb | |
| DEMO-07010 | 2-Feb | |
| DEMO-07011 | 2-Feb | |
| DEMO-07012 | 2-Feb | |
| DEMO-07013 | 2-Feb | |
| DEMO-07014 | 2-Feb | |
| DEMO-07015 | 2-Feb | |
| DEMO-07016 | 2-Feb | |
| DEMO-07017 | 2-Feb | |
| DEMO-07018 | 2-Feb | |
| DEMO-07019 | 2-Feb | |
| DEMO-07020 | 2-Feb | |
| DEMO-07021 | 2-Feb | |
| DEMO-07022 | 2-Feb | |
| DEMO-07023 | 2-Feb | |
| DEMO-07024 | 2-Feb | |
| DEMO-07025 | 2-Feb | |
| DEMO-07026 | 2-Feb | |
| DEMO-07027 | 2-Feb | |
| DEMO-07028 | 2-Feb | |
| DEMO-07029 | 2-Feb | |
| DEMO-07030 | 2-Feb | |
| DEMO-07031 | 2-Feb | |
| DEMO-07032 | 2-Feb | |
| DEMO-07033 | 2-Feb | |
| DEMO-07034 | 2-Feb | |
| DEMO-07035 | 2-Feb | |
| | 2-Feb | D-5149 |
| | 2-Feb | D-6312 |
| | 2-Feb | D-7058 |
| | 2-Feb | D-7079 |
| | 2-Feb | D-7186 |
| | 2-Feb | D-7205 |
| | 2-Feb | G 105.26 |
| | 2-Feb | G 105.27 |
| | 2-Feb | G 105.28 |
| | 2-Feb | G 105.29 |
| | 2-Feb | G 105.30 |
| | 2-Feb | G 105.31 |
| | 2-Feb | G 105.32 |
| | 2-Feb | G 105.33 |
| DEMO-00990 | 3-Feb | |
| DEMO-01349 | 3-Feb | |
| DEMO-03663 | 3-Feb | |
| DEMO-03956 | 3-Feb | |
| DEMO-03957 | 3-Feb | |
| DEMO-03958 | 3-Feb | |
| DEMO-03959 | 3-Feb | |
| DEMO-03960 | 3-Feb | |
| DEMO-03961 | 3-Feb | |
| DEMO-03962 | 3-Feb | |

**Order of Admittance – Demonstrative Exhibits Admitted at Trial**

| Plaintiff exhibits | Date | Defense exhibits |
|---|---|---|
| DEMO-07016A | 3-Feb | |
| | 3-Feb | D-5449 |
| | 3-Feb | D-5843 |
| | 3-Feb | D-6146 |
| | 3-Feb | D-6149 |
| | 3-Feb | D-6598 |
| | 3-Feb | D-6705 |
| | 3-Feb | D-6742 |
| | 3-Feb | D-6809 |
| | 3-Feb | D-7148 |
| | 3-Feb | D-7206 |
| | 3-Feb | D-7238 |
| | 3-Feb | D-7268 |
| | 3-Feb | G 105.36 |
| | 3-Feb | G 105.13 |
| | 3-Feb | G 105.19 |
| | 3-Feb | G 105.21 |
| | 3-Feb | G 105.22 |
| | 3-Feb | G 105.23 |
| | 3-Feb | G 105.3 |
| | 3-Feb | G 105.5 |
| DEMO-03741 | 4-Feb | G 105.6 |
| DEMO-03857 | 4-Feb | |
| DEMO-03976 | 4-Feb | |
| | 4-Feb | D-5130 |
| | 4-Feb | D-5217 |
| DEMO-00008 | 5-Feb | D-6894 |
| DEMO-00067 | 8-Feb | |
| DEMO-00068 | 8-Feb | |
| DEMO-00202 | 8-Feb | |
| DEMO-03186 | 8-Feb | |
| DEMO-03922 | 8-Feb | |
| DEMO-04500 | 8-Feb | |
| | 9-Feb | D-13024 |
| DEMO-00002 | 9-Feb | D-13023 |
| DEMO-00832 | 9-Feb | |
| DEMO-04018 | 9-Feb | |
| DEMO-04019 | 9-Feb | |
| DEMO-04020 | 9-Feb | |
| DEMO-04021 | 9-Feb | |
| DEMO-04023 | 9-Feb | |
| | 9-Feb | D-13007 |
| | 9-Feb | D-5300 |
| | 9-Feb | D-5745 |
| | 9-Feb | D-6114 |
| | 9-Feb | D-6239 |
| | 9-Feb | D-7222 |
| DEMO-04036 | 11-Feb | D-7278 |
| DEMO-04501 | 11-Feb | |
| | 11-Feb | D-5179 |
| | 11-Feb | D-6371 |
| | 11-Feb | D-6442 |
| | 11-Feb | D-7263 |
| | 11-Feb | D-7276 |
| | 11-Feb | G 122.1 |
| | 11-Feb | G 122.13 |
| | 11-Feb | G 122.14 |

| | Order of Admittance -- Demonstrative Exhibits Admitted at Trial | |
|---|---|---|
| Plaintiff exhibits | Date | Defense exhibits |
| | 11-Feb | G 122.15 |
| | 11-Feb | G 122.16 |
| | 11-Feb | G 122.18 |
| | 11-Feb | G 122.19 |
| | 11-Feb | G 122.20 |
| | 11-Feb | G 122.21 |
| | 11-Feb | G 122.22 |
| | 11-Feb | G 122.3 |
| | 11-Feb | G 122.4 |
| | 11-Feb | G 122.5 |
| | 11-Feb | G 122.5 |
| | 11-Feb | G 122.6 |
| | 11-Feb | G 122.7 |
| DEMO-00159 | 12-Feb | G 122.9 |
| DEMO-01638 | 12-Feb | |
| DEMO-03954 | 12-Feb | |
| DEMO-03964 | 12-Feb | |
| DEMO-03970 | 12-Feb | |
| DEMO-04026 | 12-Feb | |
| DEMO-04027 | 12-Feb | |
| DEMO-04030 | 12-Feb | |
| DEMO-04032 | 12-Feb | |
| DEMO-04035 | 12-Feb | |
| DEMO-04037 | 12-Feb | |
| DEMO-04038 | 12-Feb | |
| DEMO-04041 | 12-Feb | |
| | 12-Feb | D-7082 |
| | 12-Feb | D-7119 |
| | 12-Feb | D-7146 |
| | 12-Feb | D-7281 |
| | 12-Feb | G 122.34 |
| | 12-Feb | G 122.35 |
| | 12-Feb | G 122.36 |
| DEMO-02978 | 16-Feb | G 122.37 |
| DEMO-03091 | 16-Feb | |
| DEMO-03418 | 16-Feb | |
| DEMO-03986 | 16-Feb | |
| DEMO-03987 | 16-Feb | |
| DEMO-03988 | 16-Feb | |
| DEMO-03991 | 16-Feb | |
| DEMO-03992 | 16-Feb | |
| DEMO-03995 | 16-Feb | |
| DEMO-04033 | 16-Feb | |
| DEMO-04046 | 16-Feb | |
| DEMO-04052 | 16-Feb | |
| DEMO-04054 | 16-Feb | |
| | 16-Feb | D-5176 |
| | 16-Feb | D-5310 |
| | 16-Feb | D-5487 |
| | 16-Feb | D-5512 |
| | 16-Feb | D-5534 |
| | 16-Feb | D-5579 |
| | 16-Feb | D-5778 |
| | 16-Feb | D-5838 |
| | 16-Feb | D-5969 |
| | 16-Feb | D-6139 |
| | 16-Feb | D-6147 |

**Order of Admittance – Demonstrative Exhibits Admitted at Trial**

| Plaintiff exhibits | Date | Defense exhibits |
|---|---|---|
|  | 16-Feb | D-6236 |
|  | 16-Feb | D-6235 |
|  | 16-Feb | D-6237 |
|  | 16-Feb | D-6302 |
|  | 16-Feb | D-6456 |
|  | 16-Feb | D-6492 |
|  | 16-Feb | D-7215 |
|  | 16-Feb | D-7227 |
|  | 16-Feb | D-7250 |
|  | 16-Feb | G 118.13 |
|  | 16-Feb | G 118.15 |
|  | 16-Feb | G 118.17 |
|  | 16-Feb | G 118.18 |
|  | 16-Feb | G 118.3 |
|  | 16-Feb | G 118.4 |
|  | 16-Feb | G 118.6 |
| DEMO-00270 | 17-Feb | G 118.9 |
| DEMO-00762 | 17-Feb |  |
| DEMO-01938 | 17-Feb |  |
| DEMO-03975 | 17-Feb |  |
| DEMO-04043 | 17-Feb |  |
| DEMO-04049 | 17-Feb |  |
| DEMO-04050 | 17-Feb |  |
| DEMO-04053 | 17-Feb |  |
| DEMO-04055 | 17-Feb |  |
| DEMO-04508 | 17-Feb |  |
|  | 17-Feb | D-6373 |
|  | 17-Feb | D-6391 |
|  | 17-Feb | D-6392 |
|  | 17-Feb | D-7010 |
| DEMO-02944 | 22-Feb | D-7287 |
| DEMO-03808 | 22-Feb |  |
| DEMO-03809 | 22-Feb |  |
| DEMO-04066 | 22-Feb |  |
| DEMO-04067 | 22-Feb |  |
| DEMO-04139 | 22-Feb |  |
| DEMO-04504 | 22-Feb |  |
| DEMO-04506 | 22-Feb |  |
|  | 22-Feb | D-5092 |
|  | 22-Feb | D-5941 |
|  | 22-Feb | D-6654 |
|  | 22-Feb | D-7284 |
|  | 22-Feb | D-7285 |
|  | 22-Feb | G 107.16 |
|  | 22-Feb | G 107.17 |
|  | 22-Feb | G 107.19 |
|  | 22-Feb | G 107.21 |
|  | 22-Feb | G 107.22 |
|  | 22-Feb | G 107.3 |
|  | 22-Feb | G 107.4 |
|  | 22-Feb | G 107.5 |
|  | 22-Feb | G 107.6 |
|  | 22-Feb | G 107.7 |
| DEMO-03385 | 23-Feb | G 107.8 |
| DEMO-04003A | 23-Feb |  |
| DEMO-04071 | 23-Feb |  |
|  | 23-Feb | D-7286 |

## Order of Admittance – Demonstrative Exhibits Admitted at Trial

| Plaintiff exhibits | Date | Defense exhibits |
|---|---|---|
| DEMO-01094 | 24-Feb | G 107.2 |
| DEMO-01431 | 24-Feb | |
| DEMO-02670 | 24-Feb | |
| DEMO-03281 | 24-Feb | |
| DEMO-03654 | 24-Feb | |
| DEMO-04072 | 24-Feb | |
| DEMO-04073 | 24-Feb | |
| DEMO-04076 | 24-Feb | |
| | 24-Feb | D-7191 |
| | 24-Feb | D-7193 |
| DEMO-00061 | 25-Feb | G 127.6 |
| DEMO-00246 | 25-Feb | |
| DEMO-00272 | 25-Feb | |
| DEMO-00312 | 25-Feb | |
| DEMO-01419 | 25-Feb | |
| DEMO-01444 | 25-Feb | |
| DEMO-01658 | 25-Feb | |
| DEMO-01879 | 25-Feb | |
| DEMO-02265 | 25-Feb | |
| DEMO-00245 | 25-Feb | |
| DEMO-03283 | 25-Feb | |
| DEMO-04057 | 25-Feb | |
| DEMO-04091 | 25-Feb | |
| DEMO-04092 | 25-Feb | |
| DEMO-04093 | 25-Feb | |
| DEMO-04097 | 25-Feb | |
| DEMO-04507 | 25-Feb | |
| | 25-Feb | D-5398 |
| | 25-Feb | D-5740 |
| | 25-Feb | D-6022 |
| | 25-Feb | D-6087 |
| | 25-Feb | D-6095 |
| | 25-Feb | D-6292 |
| | 25-Feb | D-6434 |
| | 25-Feb | D-6664 |
| | 25-Feb | D-6910 |
| | 25-Feb | D-7292 |
| | 25-Feb | G 125.1 |
| | 25-Feb | G 125.3 |
| | 25-Feb | G 125.4 |
| | 25-Feb | G 125.5 |
| | 25-Feb | G 125.6 |
| | 25-Feb | G 125.7 |
| DEMO-03277 | 29-Feb | G 125.8 |
| DEMO-03810 | 29-Feb | |
| DEMO-04101 | 29-Feb | |
| DEMO-04102 | 29-Feb | |
| DEMO-04103 | 29-Feb | |
| DEMO-04107 | 29-Feb | |
| DEMO-04108 | 29-Feb | |
| DEMO-04112 | 29-Feb | |
| DEMO-04113 | 29-Feb | |
| DEMO-04114 | 29-Feb | |
| DEMO-04115 | 29-Feb | |
| DEMO-04116 | 29-Feb | |
| DEMO-04117 | 29-Feb | |
| | 29-Feb | D-13018 |

| Plaintiff exhibits | Date | Defense exhibits |
|---|---|---|
| | | **Order of Admittance – Demonstrative Exhibits Admitted at Trial** |
| | 29-Feb | D-5296 |
| | 29-Feb | D-5711 |
| | 29-Feb | D-6199 |
| | 29-Feb | D-6765 |
| | 29-Feb | D-7280 |
| | 29-Feb | G 101.10 |
| | 29-Feb | G 101.11 |
| | 29-Feb | G 101.34 |
| | 29-Feb | G 101.42 |
| | 29-Feb | G 101.5 |
| | 29-Feb | G 101.6 |
| DEMO-03122 | 1-Mar | G 129.5 |
| DEMO-03847 | 1-Mar | |
| DEMO-03875 | 1-Mar | |
| DEMO-03973 | 1-Mar | |
| DEMO-00338 | 2-Mar | G 117.1 |
| DEMO-03728 | 2-Mar | |
| DEMO-03747 | 2-Mar | |
| DEMO-03753 | 2-Mar | |
| | 2-Mar | D-6031 |
| | 2-Mar | D-5157 |
| | 2-Mar | D-13020 |
| | 2-Mar | D-13019 |
| DEMO-04138 | 3/7/2016 | |
| DEMO-04137 | 3/7/2016 | |
| DEMO-03276 | 3/7/2016 | |
| DEMO-03105 | 3/7/2016 | |
| | 3/7/2016 | G 110.1 |
| | 3/7/2016 | G 110.10 |
| | 3/7/2016 | G 110.11 |
| | 3/7/2016 | G 110.12 |
| | 3/7/2016 | G 110.13 |
| | 3/7/2016 | G 110.14 |
| | 3/7/2016 | G 110.15 |
| | 3/7/2016 | G 110.16 |
| | 3/7/2016 | G 110.17 |
| | 3/7/2016 | G 110.18 |
| | 3/7/2016 | G 110.19 |
| | 3/7/2016 | G 110.20 |
| | 3/7/2016 | G 110.21 |
| | 3/7/2016 | G 110.22 |
| | 3/7/2016 | G 110.23 |
| | 3/7/2016 | G 110.24 |
| | 3/7/2016 | G 110.25 |
| | 3/7/2016 | G 110.26 |
| | 3/7/2016 | G 110.27 |
| | 3/7/2016 | G 110.28 |
| | 3/7/2016 | G 110.29 |
| | 3/7/2016 | G 110.30 |
| | 3/7/2016 | G 110.31 |
| | 3/7/2016 | G 110.32 |
| | 3/7/2016 | G 110.33 |
| | 3/7/2016 | G 110.36 |
| | 3/7/2016 | G 110.38 |
| | 3/7/2016 | G 110.39 |
| | 3/7/2016 | G 110.4 |
| | 3/7/2016 | G 110.42 |

| | Order of Admittance – Demonstrative Exhibits Admitted at Trial | |
|---|---|---|
| Plaintiff exhibits | Date | Defense exhibits |
| | 3/7/2016 | G 110.43 |
| | 3/7/2016 | G 110.5 |
| | 3/7/2016 | G 110.7 |
| | 3/7/2016 | G 110.8 |
| | 8-Mar | D-5384 |
| | 8-Mar | D-6279 |
| | 8-Mar | D-6795 |
| | 8-Mar | G 110.37 |
| | 8-Mar | G 110.41 |
| | 8-Mar | G 111.13 |
| | 8-Mar | G 111.19 |
| | 8-Mar | G 111.22 |
| | 8-Mar | G 111.23 |
| DEMO-00141 | 9-Mar | |
| DEMO-00333 | 9-Mar | |
| DEMO-00350 | 9-Mar | |
| DEMO-00742 | 9-Mar | |
| DEMO-01426 | 9-Mar | |
| DEMO-01613 | 9-Mar | |
| DEMO-01644 | 9-Mar | |
| DEMO-01843 | 9-Mar | |
| DEMO-03204 | 9-Mar | |
| DEMO-03220 | 9-Mar | |
| DEMO-03344 | 9-Mar | |
| DEMO-03760 | 9-Mar | |
| DEMO-04028 | 9-Mar | |
| DEMO-04122 | 9-Mar | |
| DEMO-04125 | 9-Mar | |
| DEMO-04126 | 9-Mar | |
| DEMO-04140 | 9-Mar | |
| DEMO-04142 | 9-Mar | |
| DEMO-04156 | 9-Mar | |
| DEMO-04157 | 9-Mar | |
| DEMO-04159 | 9-Mar | |
| DEMO-04160 | 9-Mar | |
| | 9-Mar | D-6966 |
| | 9-Mar | D-5166 |
| | 9-Mar | D-13027 |
| | 9-Mar | D-13000 |
| | 9-Mar | D-13001 |
| | 9-Mar | D-13002 |
| | 9-Mar | D-13003 |
| | 9-Mar | D-13004 |
| | 9-Mar | D-13005 |
| | 9-Mar | D-13006 |
| | 9-Mar | D-13008 |
| | 9-Mar | D-13009 |
| | 9-Mar | D-13010 |
| | 9-Mar | D-13011 |
| | 9-Mar | D-13012 |
| | 9-Mar | D-13013 |
| | 9-Mar | D-13014 |
| | 9-Mar | D-13015 |
| | 9-Mar | D-13016 |
| | 9-Mar | D-13021 |
| | 9-Mar | D-13022 |
| | 9-Mar | D-13028 |