IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
March 17, 2016
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No.<br><br>3:11-MD-2244-K |
| This Order Relates To:<br>  *Aoki* – 3:13-cv-1071-K<br>  *Christopher* – 3:14-cv-1994-K<br>  *Greer* – 3:12-cv-1672-K<br>  *Klusmann* – 3:11-cv-2800-K<br>  *Peterson* – 3:11-cv-1941-K | § § § § § § § § | |

### JURY NOTE # 1

In response to your note regarding a timeline for metal, polyethylene, and ceramic implants:

You must rely on the evidence admitted during the trial.

Signed March 11th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

Need timeline For Pinnacle Ultimet
MOM

Need timeline for Poly Implants

Need timeline for Ceramic Implants

*[signature]*

Case 3:11-cv-01941-K   Document 272   Filed 03/17/16   Page 2 of 6   PageID 15997

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
March 17, 2016
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION § § § § § § | MDL Docket No. 3:11-MD-2244-K |
| This Order Relates To: <br>    *Aoki* – 3:13-cv-1071-K <br>    *Christopher* – 3:14-cv-1994-K <br>    *Greer* – 3:12-cv-1672-K <br>    *Klusmann* – 3:11-cv-2800-K <br>    *Peterson* – 3:11-cv-1941-K § § § § § § | |

### JURY NOTE #2

In response to your note regarding a neutrophil:

You must rely on the evidence admitted during the trial.

Signed March 11th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

What is a neutrophil?

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
March 17, 2016
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § | MDL Docket No. 3:11-MD-2244-K |
| This Order Relates To: *Aoki* – 3:13-cv-1071-K *Christopher* – 3:14-cv-1994-K *Greer* – 3:12-cv-1672-K *Klusmann* – 3:11-cv-2800-K *Peterson* – 3:11-cv-1941-K | § § § § § § § § | |

## JURY NOTE #3

In response to your note regarding Pam Plouhar's C.V.:

That exhibit is not in evidence.

Signed March 15th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

We need to see Pau Dougher's CV, but do not remember the exhibit number. Can you give us the exhibit number.